# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. CR-F-04-5029 REC |
| Gloria Estela Negrete ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Gloria Estela Negrete_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition of home incarceration is removed and replaced with a condition requiring the defendant to abide by a curfew which restricts her to her residence every day from 9:00 p.m. to 7:00 a.m., unless otherwise approved in advance by the Pretrial Services Officer. All other conditions, including electronic monitoring, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed] Gloria Negrete_   5-29-05            _[signed] Montgomery L. Olson_   4-27-05
Signature of Defendant    Date                 Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signed]_                                      29 April 2005
Signature of Assistant United States Attorney                         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_                                      4/27/05
Signature of Defense Counsel                                          Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on   4/29/05   .
[ ] The above modification of conditions of release is *not* ordered.

_[signed]_                                      4/29/05
Signature of Judicial Officer                                         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services