# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
FEB 1 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. 1:04-cr-5029 |
| Gloria Estella Negrete ) | |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Gloria Estella Negrete___, have discussed with ___Montgomery L. Olson___, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions requiring the defendant to abide by a curfew and electronic monitoring are removed. All other conditions not in conflict with this order shall remain in full force and effect.

**ORIGINAL**

I consent to this modification of my release conditions and agree to abide by this modification.

_Gloria Negrete_ ___2-02-06___  _Montgomery L. Olson_ ___2-2-06___
Signature of Defendant   Date        Pretrial Services Officer       Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  ___2-9-2006___
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  ___2-9-06___
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___Feb. 10, 2006___.
[ ] The above modification of conditions of release is *not* ordered.

_____  ___2/10/06___
Signature of Judicial Officer    Date
SM SNYDER

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services